■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

PATRICIA VIKEN, Appellant.—

Ordered that the judgment is affirmed *(People v Gamble,* 111 AD2d 869; *People v Kihm,* 143 AD2d 199). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.